Wayne C. Mayer
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
Fax (619) 281-2963

Attorney for Material Witnesses:   OMAR CUELLAR CASTILLO
                                   PEDRO GARCIA MATEO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-CR-0917-BEN 08mj0616-CAB |
| Plaintiff, | DECLARATION OF PEDRO GARCIA MATEO IN SUPPORT OF MOTION FOR VIDEOTAPED DEPOSITION OF MATERIAL WITNESS(ES): |
| vs. | |
| FORTINO ALVARADO ORTEGA, ALEJANDRO ROSAS CAMPIZ, | DATE: April 3, 2008 TIME: 9:30 AM DEPT: Bencivengo |
| Defendants. | |

I, PEDRO GARCIA MATEO, declare:

1. On or about February 28, 2008 there were a number of undocumented aliens being smuggled into the United States, I was one of three men detained and designated as material witness, the others either escaped or were released the night of my arrest;

2. I have made a diligent effort to locate surety for myself but have been unsuccessful;

3. I reside in Mexico with my mother and four (4) brothers and sisters 4 to 20 years of age who rely on me for their support;

4. I have no one in the United States who can be of assistance as surety for me in posting a bond;

-1-                                               08 CR 0917 BEN

5. I am a citizen and resident of the Toluca, Mexico, Mexico and need to return to Mexico to support my family who rely on me for their support;

6. I entered the country illegally by crossing the border on foot with 10 (ten) other people on February 27, 2008. I did not have permission to enter the United States or have legal permission to enter the United States or remain in the United States;

7. A dark colored picked arrived at the place where I had been hiding and waiting in the bushes near the side of a paved road, when the dark colored pick up stopped I jumped in the bed of the truck along with the other nine or so individuals waiting with me;

8. I was not afforded a view of the driver and can not identify either of the defendants who drove the vehicle(s) or are being charged in this case with assisting or smuggling me in entering the United States;

9. I was to pay someone a smuggling fee of $1800 after entering the United States;

10. I came to the United States in search of employment in order to support my family that remained behind in Mexico and I need to work to support my family;

11. It would be a hardship on myself and my family to be detained any longer;

I make this declaration under penalty of perjury and the laws of the United States of America and California.

Dated: April 2, 2008

s/ PEDRO GARCIA MATEO
PEDRO GARCIA MATEO
Material Witness