1  Wayne C. Mayer
   Law Offices of Wayne C. Mayer
2  4619 Van Dyke Avenue
   San Diego, CA 92116
3  (619) 281-9263
   Fax (619) 281-2963
4
   Attorney for Material Witnesses:   OMAR CUELLAR CASTILLO
5                                     PEDRO GARCIA MATEO

FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 00 CR 0917 BEN  08mj 0616-CAB |
|---|---|
| Plaintiff, | ) |
| vs. | ) DECLARATION OF OMAR CUELLAR |
| | ) CASTILLO IN SUPPORT OF MOTION FOR |
| | ) VIDEOTAPED DEPOSITION OF |
| | ) MATERIAL WITNESS(ES): |
| FORTINO ALVARADO ORTEGA, | ) |
| ALEJANDRO ROSAS CAMPIZ, | ) DATE: April 3, 2008 |
| | ) TIME: 9:30 AM |
| Defendants. | ) DEPT: Bencivengo |

I, OMAR CUELLAR CASTILLO, declare:

1. On or about February 28, 2008 there were a number of undocumented aliens being smuggled into the United States, I was one of three men detained and designated as material witness, the others either escaped or were released the night of the arrest;

2. I have made a diligent effort to locate surety for myself but have been unsuccessful, there is no one in the United States that can assist me in posting a material witness bond;

3. I am married and need to work to support a wife, a two year old child and mother at home in Mexico who rely on me for their financial support;

-1-                                                         08 CR 0917 BEN

5. I am a citizen and resident of the Acayuca, Veracruz, Mexico and need to return to Mexico to support my families who rely on me for their support;

6. I entered the country illegally by crossing the border on foot on February 27, 2008. I did not have permission to enter the United States or have legal permission to enter the United States or remain in the United States;

7. A dark colored picked arrived at the place where I had been hiding and waiting in the bushes near the side of a paved road, when the dark colored pick up stopped I jumped in the bed of the truck along with the other nine or so individuals waiting with me;

8. I was not afforded a view of the driver and can not identify either of the defendants who drove the vehicle(s) or are being charged in this case with assisting or smuggling me in entering the United States;

9. I was to pay someone a smuggling fee of $1800 after entering the United States;

10. I came to the United States in search of employment in order to support my family that remained behind in Mexico and I need to work to support my family;

11. It would be a hardship on myself and my family to be detained any longer;

I make this declaration under penalty of perjury and the laws of the United States of America and California.

Dated: April 2, 2008

Omar. C.C.
s/ OMAR CUELLAR CASTILLO
OMAR CUELLAR CASTILLO
Material Witness

-2-

08 CR 0917 BEN