UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR0917-BEN |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Fortino Alvarado Ortega, et al. | ) | |
| Defendant(s) | ) | Booking No. 07383298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Pedro Garcia Mateo

DATED: 4/17/08

RECEIVED _____
             DUSM

CATHY ANN BENCIVENGO
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ Hernandez
                    Deputy Clerk