UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Fortino Alvarado Ortega, et al. )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08CR0917-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07383298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Omar Cuellar Castillo

DATED: 4-17-08

RECEIVED _____
             DUSM

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
           Deputy Clerk