1  Wayne C. Mayer
   Law Offices of Wayne C. Mayer
2  4619 Van Dyke Avenue
   San Diego, CA 92116
3  (619) 281-9263
   Fax (619) 281-2963
4

FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5  Attorney for Material Witness(es):   **OMAR CUELLAR CASTILLO**
                                        **PEDRO GARCIA MATEO**

UNITED STATES DISTRICT COURT

Southern District of California

08MJ616 (CAB)

| UNITED STATES OF AMERICA, | ) Case No.: 08 CR 0917 BEN |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** FOR |
| vs. | ) RELEASE MATERIAL WITNESS(ES): |
|  | ) |
| FORTINO ALVARADO ORTEGA, | ) **OMAR CUELLAR CASTILLO** |
| ALEJANDRO ROSAS CAMPIZ, | ) Marshall Control No.: 07816-298 |
|  | ) |
|  | ) **PEDRO GARCIA MATEO** |
| Defendants. | ) Marshall Control No.: 07815-298 |

## DECLARATION IN SUPPORT OF ORDER RELEASING WITNESS

I, Wayne C. Mayer, declare I the attorney appointed to represent the material witness in the above referenced criminal matter. This court ordered the parties to conduct a video taped deposition of the material witness **OMAR CUELLAR CASTILLO and PEDRO GARCIA MATEO** in this matter. The parties conducted the video deposition of the material witnesses as ordered by this court on April 11, 2008. Defendant Fortino Alvarado Ortega failed to appear. It is therefore appropriate to release the material witnesses from Marshall's custody to be returned to their country of origin.

I make this declaration under the penalty of perjury and the laws of the State of California

1

08 CR 0917 BEN

Dated: 4/11/08

Wayne C. Mayer
Attorney for Material Witness (es)
**OMAR CUELLAR CASTILLO**
**PEDRO GARCIA MATEO**

## STIPULATION FOR RELEASE OF MATERIAL WITNESSES

April 11, 2008 the parties hereby stipulate to the release of the material witnesses OMAR CUELLAR CASTILLO and PEDRO GARCIA MATEO from Marshall's custody.

Wayne C. Mayer
Attorney for Material Witnesses
**OMAR CUELLAR CASTILLO**
**PEDRO GARCIA MATEO**

William Baker
Attorney for Defendant
Fortino Alvarado Ortega

Fortino Alvarado Ortega

Oliver P. Cleary
Attorney for Defendant
Alejandro Rosas Campiz

Alejandro Rosas Campiz

Karen P. Hewitt, United States Attorney
By Jeffrey Moore, Esq
Assistant United States Attorney

## ORDER

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that the following named person(s) heretofore committed to the custody of the United States Marshall as material witnesses be released from custody:

**OMAR CUELLAR CASTILLO**   07816-298
**PEDRO GARCIA MATEO**       07815-298

Dated: 4/17/08

United States Magistrate Judge
The Honorable CATHY ANN BENCIVENGO